UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GF&C HOLDING COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, INC., A CONNECTICUT CORPORATION; HARTFORD STEAM BOILER INSPECTION & INSURANCE COMPANY, A CONNECTICUT CORPORATION; AND DOES 1-20, INCLUSIVE,<br><br>    Defendants. | Case No. 1:11-cv-00236-BLW<br><br>**ORDER** |

The Court has before it Plaintiff's Motion to Extend Time to Serve Defendants (Dkt. 4). District courts have broad discretion to extend time for service under Rule 4(m). *Efaw v. Williams*, 473 F.3d 1038, 1040 (9th Cir. 2007). Although a district court's discretion is not limitless, Rule 4(m) "*permits* the district court to grant an extension even in the absence of good cause." *Id*. (emphasis in original). Courts may consider factors such as statute of limitations, actual notice, prejudice to the defendant and eventual service. *Id*.

Here, Plaintiff asks for only a 14-day extension. Moreover, Plaintiff explains that

Defendant has known about the case because of a related case. Therefore, the Court finds that a 14-continuance will not prejudice Defendants. Accordingly, the Court will grant the motion.

## ORDER

**IT IS ORDERED:**

1. Plaintiff's Motion to Extend Time to Serve Defendants (Dkt. 4) is **GRANTED**. Plaintiff shall have until **October 28, 2011** to serve Defendants.

DATED: **October 13, 2011**

B. LYNN WINMILL
Chief U.S. District Court Judge