UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GF&C HOLDING COMPANY,<br>                Plaintiff,<br>   v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, and HARTFORD STEAM BOILER INSPECTION & INSURANCE COMPANY,<br>                Defendants. | Case No. 1:11-cv-00236-BLW<br>(Lead Case)<br><br>Consolidated with<br>Case No. 1:11-cv-00237-BLW<br><br>**JUDGMENT** |
| BACKUPS PLUS COMPUTER SERVICES, LLC,<br>                Plaintiff,<br>   v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, and HARTFORD STEAM BOILER INSPECTION & INSURANCE COMPANY,<br>                Defendants. | |

In accordance with the Memorandum Decision and Order entered concurrently herewith,

JUDGMENT - 1

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Judgment be entered in favor of Defendants, and that this case be dismissed in its entirety.

DATED: March 15, 2013

B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 2